# Court of Appeals
# of the State of Georgia

ATLANTA, December 11, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0534.  CARL M. DRURY III v. GERMAN AMERICAN CAPITAL CORPORATION.**

On September 7, 2011, the Fulton County Superior Court entered an order domesticating a foreign judgment. Carl M. Drury, III filed a motion to set aside the order under OCGA § 9-11-60 (d) (2). The trial court denied the motion, and Drury filed this appeal.

An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be taken by application for discretionary review. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006). Drury's failure to comply with the requisite appellate procedure deprives this Court of jurisdiction over his appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 12/11/2013
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, *Clerk.*